UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA : **ORDER OF CONTINUANCE**
:
- v. - :
: 22 Mag. 6402
MOISES HANONO AZRAK, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America and the affirmation of Emily Deininger, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was arrested on August 5, 2022 and charged with violating Title 18, United States Code, Section 1956(h) in a complaint dated August 4, 2022;

It is further found that the defendant was presented on August 5, 2022, before United States Magistrate Judge Katharine H. Parker in the Southern District of New York, and ordered detained on consent;

It is further found that on September 6, 2022, United States Magistrate Judge Ona T. Wong continued the preliminary hearing deadline to October 6, 2022;

It is further found that on October 6, 2022, United States Magistrate Judge Gabriel W. Gorenstein continued the preliminary hearing deadline to November 7, 2022;

It is further found that on November 7, 2022, United States Magistrate Judge Sarah L. Cave continued the preliminary hearing deadline to December 7, 2022;

It is further found that on December 7, 2022, United States Magistrate Judge Valerie Figueredo continued the preliminary hearing deadline to January 6, 2023;

It is further found that James Kousouros, Esq., counsel for defendant, and Assistant United States Attorneys Emily Deininger and Sheb Swett have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until February 6, 2023,

and that a copy of this Order and the affirmation of Assistant United States Attorney Emily Deininger be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       January 6, 2023

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK