UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA : **Affirmation in Support**
: **of Application for**
    - v. - : **Order of Continuance**
:
MOISES HANONO AZRAK, : 22 Mag. 6402
:
       Defendant. :
:
- - - - - - - - - - - - - - - - - - x

State of New York             )
County of New York          : ss.:
Southern District of New York  )

    Emily Deininger, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

    1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A). This is the fifth order of continuance that has been sought.

    2. The defendant was charged by complaint on August 4, 2022, with violating Title 18, United States Code, Section 1956(h). On August 5, 2022, the defendant was arrested and presented before United States Magistrate Judge Katharine H. Parker in the Southern District of New York and ordered detained on consent. The

defendant is represented by James Kousouros, Esq.

3. A preliminary hearing was set for September 6, 2022, as to the defendant. On September 6, 2022, the Honorable Ona T. Wang continued the preliminary hearing date for 30 days; on October 6, 2022, the Honorable Gabriel W. Gorenstein continued the preliminary hearing date for 30 days; on November 7, 2022, the Honorable Sarah L. Cave continued the preliminary hearing date for 30 days; and, on December 7, 2022, the Honorable Valerie Figueredo continued the preliminary date for an additional 30 days. Accordingly, the Government has until January 6, 2023, to charge the defendant by indictment or information.

4. Mr. Kousouros is engaged in discussions concerning a possible disposition of this case with Assistant United States Attorney Sheb Swett and myself. The negotiations have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under Rule 5.1 expires on January 6, 2023.

5. Therefore, the Government is requesting a 30-day continuance until February 6, 2023, to continue the foregoing discussions and reach a disposition of this matter. I have personally communicated with defense counsel and defense counsel specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best

interests of the public and defendant in a speedy trial.

Dated:    New York, New York
          January 3, 2023

_____
Emily Deininger
Assistant United States Attorney
Southern District of New York
212-637-2472